No. 452. EL PUEBLO *v.* LUGO ET AL.—Apelación procedente de la Corte de Distrito de Mayagüez. Moción del Fiscal para

eliminar ciertos documentos de la transcripción de autos. Resuelto en noviembre 11, 1912. Con lugar la moción. Abogado del Pueblo: *Sr. Charles E. Foote, Fiscal.* Abogado del apelante: *Sr. Rafael López Landrón.*